# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

AARON FLEMONS                                                                    PETITIONER
ADC # 119749

V.                              CASE NO. 5:17-CV-00187-BRW-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                                RESPONDENT

## ORDER

I have received proposed findings and recommendations (Doc. No. 22) from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, I approve and adopt the findings and recommendations in all respects.

Accordingly, the habeas petition (Doc. No. 2) is DIDMISSED with prejudice.

Judgment will be entered accordingly.

A certificate of appealability will not issue.

IT IS SO ORDERED this 30th day of November, 2018.

                                                   /s/ Billy Roy Wilson _____
                                                   UNITED STATES DISTRICT JUDGE