# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**AARON FLEMONS**                                      **PETITIONER**
**ADC # 119749**

**V.**                   **CASE NO. 5:17-CV-00187-BRW-JTK**

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                  **RESPONDENT**

## <u>JUDGMENT</u>

Aaron Flemons's petition for a writ of habeas corpus is dismissed with prejudice.

IT IS SO ORDERED this 30th day of November, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE